MOLLOY v. BATCHELDER, *Plaintiff in Error.*

**Practice**: NOTICE. A motion to set aside a judgment after third persons have acquired an interest in property sold under the execution, is properly denied, if such persons are not made parties or notified of the motion.

*Error to Jackson Special Law and Equity Court.*—HON. R. E. COWAN, Judge.

*Milton Campbell* and *Wash Adams* for plaintiff in error.

*Jno. C. Tarsney* for defendant in error.

SHERWOOD, C. J.—Motion to set aside judgment rendered on certain special tax-bills issued by the City of Kansas to plaintiff. Divers irregularities were alleged as grounds of the motion. A sale of the lots charged with the lien had taken place under an execution issued on the judgment, and Corrigan becoming the purchaser and receiver of a deed thereat, had sold and conveyed to a third party, but neither the purchaser nor his grantee were made parties to nor notified of the motion. For this reason we concur with the action of the lower court in denying the motion and affirm the judgment.

AFFIRMED.